

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/12/2016 11:07:50 AM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-16-00200-CV

Trial Court Style: V. Keith Dullye, Maxon Enterprises vs. Gume vs. Edmund Stillman

Trial Court No.: 2014-CVF-001744-D2

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: 10/19/2015 (A Jury Trial was had)

The record was originally due: 05/21/2016

I anticipate the length of the record to be: Over 1000 Pages; Financial arrangements received on 05/12/2016.

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☒ Other. Explain [attach additional pages if needed]: Financial arrangements were just received today, May 12, 2016. I anticipate having everything ready within 30 days from today's date.

I anticipate the record will be completed by: Within 30 days from today's date

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: 05/12/2016          Signature: *Vicente Mendoza*

Printed
Name: Vicente Mendoza

Title: Official Court Reporter -111th District Court

Rev. 1.8.14